**Robert E. Ferguson for use of Oscar Abrams, defendant in error, v. Donald V. Ferguson, plaintiff in error. Gen. No. 31,166.**

Writ of error by garnishee to reverse judgment taken against him in his absence. Error to the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed. Opinion filed February 7, 1927.

Leroy V. Penwell, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

**Teller Corporation, appellee, v. L. J. Leon Manufacturing Company, appellant. Gen. No. 31,195.**

Appeal from order denying motion to vacate a judgment entered by confession upon a written lease. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 7, 1927.

Maximilian J. St. George, for appellant. Charles E. McGuire, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**McInerney Motor Company, appellant, v. Automobile Underwriters of America, appellee. Gen. No. 31,239.**

Assumpsit on fire insurance policy. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Wm. J. Lindsay, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Original opinion filed February 7, 1927. Opinion modified and supplemental opinion filed February 21, 1927.

Edwin J. Raber and A. J. W. Appell, for appellant. Burt A. Crowe, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Martin Lunow, appellant, v. Charles Jesdale, appellee. Gen. No. 31,282.**

Suit for balance due. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. W. H. Foster, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed with finding of facts and judgment here. Opinion filed February 7, 1927.

Grover C. Niemeyer, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.